**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENSYLVANIA**

IN RE:                         : BR NO. 15-
JENNIFER SHEPANSKI &           :
STEPHEN SHEPANSKI              :
          Debtors.            : Chapter 13

## AMENDED CHAPTER 13 PLAN

1. Plan is for 60 months. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee the sum of $500.00 monthly.

2. From the payments so received, the trustee shall make disbursements as follows:

    (a) Full payment of administrative claims pursuant to 11 U.S.C. Sec. 503(b):

    Balance of debtor's attorney's fees.

    (b) Full payment in deferred cash payments of all claims entitled to priority pursuant to 11 U.S.C. Sec. 507:

       1. Trustee's fee.

    (c) Holders of allowed secured claims shall retain the liens securing such claims and be paid as follows:
      1. Greentree  – Mtg. arrearages to be paid through plan; regular  monthly payments to be maintained outside of plan.
      2. Toyota Lease Trust-  regular monthly payments to be maintained outside plan;                .
      3. Wells Fargo Dealer Svcs.-  regular monthly payments to be maintained outside plan;
      4. Capital One/Suzuki-  regular monthly payments to be maintained outside plan;
       .                .

    (d) Dividends to unsecured creditors whose claims are duly filed and allowed as follows:

    Pro rata distribution following payment of above claims.

3. Title to  debtor's property shall revest upon confirmation of the plan.

Dated: _____                         /s/Timothy Zearfoss_____

Timothy Zearfoss, Esquire